UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pedro L.,

    Petitioner,

v.

      **ORDER ADOPTING REPORT AND RECOMMENDATION**
      Civil File No. 26-00707 (MJD/ECW)

Todd Lyons, et al.,

    Respondents.

Samantha Paige Matsch, Anderson & Anderson Law LLC, Counsel for Petitioner.

Ana H. Voss, Matthew Isihara, Assistant United States Attorneys, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright filed February 1, 2026. [Doc. 7.] No objections have been filed to the Report and Recommendation. Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Cowan Wright.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright filed February 1, 2026. **[Doc. 7.]**

1. Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED insofar as**:

    a. Petitioner's current detention is hereby declared **unlawful** under the Constitution and laws of the United States;

    b. Respondents are ordered to **immediately** release Petitioner from custody in Minnesota and, in any case, no later than 11:00 a.m. Central Time on the day following the date of this Order;

    c. Respondents are ordered to coordinate Petitioner's release with Petitioner's counsel;

    d. Respondents are ordered to release Petitioner with **all personal documents and belongings**, such as his driver's license, employment authorization, passport, other immigration documents, cell phone, and coats and other outerwear, and **without conditions of release**, such as ankle monitors or tracking devices, where

      Respondents' inability to immediately comply with this requirement shall not be a basis for delaying Petitioner's release; and

2. Within 72 hours of the date of this Order, Respondents are ordered to provide the Court with a status update confirming Petitioner's release and other compliance with the Order.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 4, 2026　　　　　　　　　　s/Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　United States District Court