# UNITED STATES DISTRICT COURT
## District of Minnesota

Pedro Claver Lopez Lopez,

Petitioner,

v.

Todd Lyons, Kristi Noem, Pamela Bondi,
Executive Office for Immigration Review,
David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-707 MJD/ECW

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright filed February 1, 2026. **[Doc. 7.]**

1. Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED insofar as**:
    a. Petitioner's current detention is hereby declared **unlawful** under the Constitution and laws of the United States;
    b. Respondents are ordered to **immediately** release Petitioner from custody in Minnesota and, in any case, no later than 11:00 a.m. Central Time on the day following the date of this Order;
    c. Respondents are ordered to coordinate Petitioner's release with Petitioner's counsel;

d. Respondents are ordered to release Petitioner with **all personal documents and belongings**, such as his driver's license, employment authorization, passport, other immigration documents, cell phone, and coats and other outerwear, and **without conditions of release**, such as ankle monitors or tracking devices, where Respondents' inability to immediately comply with this requirement shall not be a basis for delaying Petitioner's release; and

2. Within 72 hours of the date of this Order, Respondents are ordered to provide the Court with a status update confirming Petitioner's release and other compliance with the Order.

Date: 2/5/2026

KATE M. FOGARTY, CLERK