# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Pedro L.,

        Petitioner,

v.

        **ORDER DISMISSING WRIT OF**
        **HABEAS CORPUS**
        Civil File No. 26-00707 (MJD/ECW)

Todd Lyons, et al.,

        Respondents.

Samantha Paige Matsch, Anderson & Anderson Law LLC, Counsel for Petitioner.

Matthew Isihara, Assistant United States Attorney, Counsel for Respondents.

On February 4, 2026, the Court granted Petitioner's petition for writ of habeas corpus. [Doc. 9.]  As part of that Order, Respondents were required to release Petitioner from detention and to provide the Court with confirmation of that release within 72 hours.  On February 7, 2026, Respondents informed the Court that Petitioner had been released from detention in Minnesota on February 5, 2026.  [Doc. 11.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Pedro L.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET  JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 8, 2026                    s/Michael J. Davis
                                            Michael J. Davis
                                            United States District Court

2