# UNITED STATES DISTRICT COURT

## District of Minnesota

Pedro Claver Lopez Lopez

Petitioner,

v.

Todd Lyons, Kristi Noem, Pamela Bondi, Executive Office for Immigration Review and David Easterwood

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: **0:26-cv-00707 MJD/ECW**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Pedro L.'s Petition for Writ of Habeas Corpus [Doc. 1] is DISMISSED without prejudice.

Date: 2/9/2026

KATE M. FOGARTY, CLERK